IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| **DEANDRE D. BROWN, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:25-cv-02714-TLP-tmp |
| **PAMELA BONDI**, in her official capacity as Attorney General of the United States, and **DANIEL P. DRISCOLL**, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, DeAndre D. Brown, Sr., hereby files this notice of dismissal, without prejudice, of this action.

Respectfully submitted,

*s/ Amy Worrell Sterling*
Charles S. Mitchell (#23789)
Amy Worrell Sterling (#25773)
BLACK McLAREN JONES RYLAND & GRIFFEE, P.C.
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
(901) 762-0535
cmitchell@blackmclaw.com
asterling@blackmclaw.com

Brian Daniel Mounce (39545)
Cherylann M. Pasha (41945)
BURCH PORTER & JOHNSON, PLLC
130 N. Court Avenue
Memphis, Tennessee 38103
(901) 524-5000
bmounce@bpjlaw.com
cpasha@bpjlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of September, 2025, a true and correct copy of the above and foregoing document has been filed via the Court's ECF filing system, and has been served via U.S. Mail on the defendants:

Pamela Bondi  
Attorney General of the United States  
950 Pennsylvania Avenue NW  
Washington, DC 20530

Daniel Driscoll  
Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives  
c/o Chief Counsel, Office of Chief Counsel  
Alcohol and Tobacco Tax and Trade Bureau  
1310 G Street NW, Box 12  
Washington, DC 20005

                        *s/ Amy Worrell Sterling*