# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DEANDRE F. BROWN, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:25-cv-02714-TLP-tmp |
| v. | ) |
| | ) JURY DEMAND |
| PAMELA BONDI and DANIEL DRISCOLL, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint filed on July 14, 2025. (ECF No. 1.) In accordance with Plaintiff's Notice of Dismissal (ECF No. 11), and under Federal Rules of Civil Procedure 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

September 4, 2025
Dat